## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Carla Paul,

       Plaintiff,                      Civil No. 07-4943 (RHK/JSM)

vs.                            **DISQUALIFICATION AND**
                                  **ORDER FOR REASSIGNMENT**

Wells Fargo Bank, N.A.,

       Defendant.

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated June 29, 2006, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: February 4, 2008

                         s/Richard H. Kyle
                         RICHARD H. KYLE
                         United States District Judge